| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region |
|---|---|---|---|---|---|---|---|
| 1 | 174.239.2.92 | 1390 | 2019-03-12 14:55:42 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |
| 2 | 174.239.3.63 | 6598 | 2019-03-12 14:44:18 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |
| 3 | 174.239.2.150 | 1746 | 2019-03-12 13:56:07 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |
| 4 | 174.239.0.216 | 4092 | 2019-03-12 13:08:06 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |
| 5 | 174.239.0.102 | 7493 | 2019-03-12 11:10:38 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |
| 6 | 72.234.43.206 | 51233 | 2019-03-24 02:45:34 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Hawaiian Telcom | Hawaii |
| 7 | 72.234.207.3 | 64671 | 2019-03-18 07:20:20 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Hawaiian Telcom | Hawaii |
| 8 | 72.234.243.14 | 37315 | 2019-01-22 00:19:43 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Hawaiian Telcom | Hawaii |
| 9 | 174.239.4.25 | 24085 | 2019-01-27 06:43:31 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Verizon Wireless | Hawaii |

**Exhibit "1"**