CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
Attorney for Plaintiff
Hunter Killer Productions, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hunter Killer Productions, Inc., | **Case No.: 1:19-cv-323-JAO-KJM** |
| | (Copyright) |
| Plaintiff, | |
| vs. | **FIRST JOINT STIPULATION TO** |
| | **EXTEND TIME TO SERVE** |
| AKA WIRELESS INC. d/b/a | **ANSWER AND/OR** |
| VICTRA, et. al. | **RESPONSIVE MOTION TO** |
| | **PLAINTIFF'S SECOND** |
| Defendants. | **AMENDED COMPLAINT** |

## FIRST JOINT STIPULATION TO EXTEND TIME
## TO SERVE ANSWER AND/OR RESPONSIVE MOTION
## TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Whereas, in the above captioned matter, Defendants AKA Wireless, Inc. d/b/a

VICTRA and ABC Phones of North Carolina, Inc. d/b/a VICTRA ("Defendants")

were served with Plaintiff's Second Amended Complaint on August 7, 2020, for

which a responsive pleading is due by August 21, 2020.

Whereas, Plaintiff Hunter Killer Productions, Inc. through its counsel Kerry S. Culpepper and Greg Ferren, and Defendants through their counsel Dane Anderson and J. Curtis Edmondson, conducted a Telephone Conference on August 13, 2020. Plaintiff and Defendants are referred to collectively as "Parties".

During the conference, Plaintiff granted an extension to Defendants up until September 9, 2020 to file their Answer and/or Responsive Motion to Plaintiff's Second Amended Complaint ("SAC"). Parties' counsel discussed Defendants' intention to file a motion to dismiss and/or change venue. Additional time is needed to thoroughly discuss the contemplated motion and to file the motion if the Parties are still unable to come to an agreement. Parties' counsel further discussed and agreed on the need to modify the deadlines in the Scheduling Order [Doc. #45].

IT IS HEREBY STIPULATED AND AGREED by the Parties, that the deadline for the Defendants to file a response to the SAC (Answer, and/or Motion to Dismiss, etc.) shall be extended to September 9, 2020.

DATED: Kailua-Kona, Hawaii, August 13, 2020.

*Hunter Killer Productions, Inc. v. AKA Wireless, Inc. d/b/a VICTRA, et al*;
Case No. 1:19-cv-00323-JAO-KJM; *FIRST JOINT STIPULATION TO (1) EXTEND TIME TO SERVE ANSWER AND/OR RESPONSIVE MOTION TO PLAINTIFF'S SECOND AMENDED COMPLAINT*

19-cv-323

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiff


DATED: Honolulu, Hawaii    August 13, 2020

DANE ANDERSON, ATTORNEY AT LAW, LLLC


/s/ Dane Anderson
Dane Anderson
Attorney for Defendants
[PROPOSED] **ORDER**

## APPROVED AND SO ORDERED:

Defendants may file a responsive pleading to the Second Amended

Complaint on or before September 9, 2020.


DATED:  Honolulu, Hawaii, August 17, 2020.



Kenneth J. Mansfield
United States Magistrate Judge

*Hunter Killer Productions, Inc. v. AKA Wireless, Inc. d/b/a VICTRA, et al*;
Case No. 1:19-cv-00323-JAO-KJM; *FIRST JOINT STIPULATION TO (1) EXTEND TIME TO
SERVE ANSWER AND/OR RESPONSIVE MOTION TO PLAINTIFF'S SECOND AMENDED
COMPLAINT*

19-cv-323